RECEIVED
BY MAIL
FEB 08 2002
CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: **98-2055 (DWF/SRN)**    Case Title: **ADC v. Thomas & Betts Corp. et al.**

### Affidavit of Movant

I, **J. Christopher Cuneo**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac **Jason F. Hoffman**, an attorney admitted to practice in the _____ District of **Columbia**, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant **s** in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

_____ Signature    **20370** MN Attorney License #    **Feb. 6, 2002** Date

### Affidavit of Proposed Admittee

I, **Jason F. Hoffman**, am currently a member in good standing of the U.S. District Court for **the** District of **Columbia**, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

**Jason F. Hoffman** Type/Print Name    Signature    **Feb 5, 2002** Date

Attorney License Number: **467827**
Law Firm Name & Address: **Howrey Simon Arnold & White, LLP**
**1299 Pennsylvania Avenue, N.W.**
**Washington, DC**
Telephone: **(202) 783-0800 Fax (202) 624-8925**

Motion Granted: _____
For the Court: Richard D. Sletten, Clerk    **FEB 1 1 2002** Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FEB 1 1 2002
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____