IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADC TELECOMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 98-2055 DWF/SRN |
| ) | |
| v. ) | |
| ) | |
| THOMAS & BETTS CORPORATION, ) | |
| a Delaware corporation, ) | |
| ) | |
| and ) | |
| ) | |
| AUGAT COMMUNICATIONS ) | |
| PRODUCTS INC, a Washington ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

### FINAL JUDGMENT RESOLVING COUNTS II & III OF THE ADC COMPLAINT AND DEFENDANTS' SECOND & THIRD COUNTERCLAIMS

This is a patent case in which Plaintiff ADC Telecommunications, Inc. (ADC) asserts three separate counts for patent infringement against Defendants. In ADC's Complaint, Count I relates to U.S. Patent No. Re. 34,955 including reexamination certificate B1 Re 34,955 (the '955 patent); Count II relates to U.S. Patent Nos. 5,220,600 (the '600 patent); and Count III relates to U.S. Patent No. 4,749,968 (the '968 patent). Defendants have asserted three counterclaims corresponding to the three counts in the Complaint.

The Court previously entered final judgment on Count I of the Complaint (as well as Defendants' corresponding First Counterclaim).

FILED FEB 2 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 2 0 2002
DEPUTY CLERK

The parties have reached a settlement that resolves the remaining Counts II and III of the Complaint concerning infringement of the '600 and '968 patents, as well as Defendants' corresponding Second and Third Counterclaims (the "Settlement Agreement").

Based on the parties' settlement of ADC's Counts II and III and Defendants' corresponding counterclaims concerning the '600 and '968 patents, the Court enters the following final judgment:

1. This Court has jurisdiction over the subject matter and the parties.

2. ADC is the owner of the entire right, title and interest of the '600 and '968 patents.

3. The asserted claims of the '600 and '968 patents are valid and enforceable for all past, present and future products of Defendants.

4. ADC's Counts II and III are dismissed with prejudice.

5. Defendants' Second & Third Counterclaims concerning the '600 and '968 patents are dismissed with prejudice.

6. This final judgment shall be *res judicata* as to the validity and enforceability of the '600 and '968 patents for all past, present, and future products of Defendants.

7. Each party shall bear its own costs and attorney fees.

8. As agreed by the parties, this Court shall retain jurisdiction over this matter and the parties for the purposes of enforcing the parties' Settlement Agreement, the terms of which are Incorporated herein by reference.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

_February 20, 2002_
Dated

_____
DONOVAN W. FRANK
Judge of United States District

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADC TELECOMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 98-2055 DWF/SRN |
| ) | |
| v. ) | |
| ) | |
| THOMAS & BETTS CORPORATION, ) | |
| a Delaware corporation, ) | |
| ) | |
| and ) | |
| ) | |
| AUGAT COMMUNICATIONS ) | |
| PRODUCTS INC, a Washington ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR ENTRY
OF FINAL JUDGMENT RESOLVING COUNTS II & III OF THE
<u>ADC COMPLAINT AND DEFENDANTS' SECOND & THIRD COUNTERCLAIMS</u>**

The parties stipulate, and jointly request, that the Court enter the attached final judgment which resolves all remaining claims and counterclaims in this action.

| ADC TELECOMMUNICATIONS, INC. | THOMAS & BETTS CORPORATION; and AUGAT COMMUNICATIONS PRODUCTS INC. |
|---|---|
| By its attorneys, *[signature]* | By their attorneys *[signature]* |
| Alan G. Carlson (# 14,801) | Robert L. Green, Jr. |
| Philip P. Caspers (# 192,569) | William C. Rooklidge |
| Timothy A. Lindquist (# 245,318) | Alan M. Fisch |
| Merchant & Gould | Jason F. Hoffman |
| 3200 IDS Center | Howrey Simon Arnold & White, LLP |
| 80 South Eighth Street | 1299 Pennsylvania Avenue |
| Minneapolis, MN 55402-2215 | Washington, DC 20004 |
| Phone: (612) 332-5300 | Telephone: (202) 783-0800 |
| Facsimile (612) 332-9081 | Facsimile: (202) 383-6610 |

**Exhibit A to the Settlement Agreement**

FILED FEB 2 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____